UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE J. SPARKS,

                Petitioner,

                                      Case No. 86-71565

vs.

                                        HON. GEORGE CARAM STEEH

JOHN JABE,

                Respondent.

_____/

## ORDER DENYING PETITIONER'S OBJECTION AND MOTION FOR CORRECTION[#57]

        On March 22, 2011, this court denied petitioner's Rule 60(b) motion for relief from judgment, denied petitioner's motion for reconsideration as premature and transferred the case, as a second or successive habeas corpus petition, to the court of appeals.  As indicated in its March 22, 2011 order, this court lacks jurisdiction to entertain petitioner's second or successive habeas corpus petition, or any motions filed therein,  without an order from the Sixth Circuit of Court of Appeals authorizing this court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).

        Accordingly,

        Petitioner's objection and motion for correction is DENIED.

        SO ORDERED.

Dated:  May 9, 2011

                                          S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of
record on
May 9, 2011, by electronic and/or ordinary mail and
also to Lawrence J. Sparks at Lakeland
Correctional Facility, 141 First Street, Coldwater, MI
49036.


S/Josephine Chaffee
Deputy Clerk